case, and, not being clearly erroneous, should not be set aside. CR 52.01.

The motion for an appeal is overruled and the judgment is affirmed.

**Alden COLEMAN, Appellant,**

v.

**PIKEVILLE CAR SALES, Inc., et al., Appellees.**

**COMMERCIAL CREDIT CORPORATION, Appellant,**

v.

**Alden COLEMAN, Appellees.**

Court of Appeals of Kentucky.
June 11, 1954.

**PULASKI COUNTY BOARD OF EDUCATION**

v.

**JASPER'S ADM'R.**

Court of Appeals of Kentucky.

June 11, 1954.

V. R. Bentley, Pikeville, for Alden Coleman.

Kenneth A. Howe, Pikeville, for Commercial Credit Corp.

Blaine H. Rutherford, Pikeville, for Pikeville Car Sales.

V. R. Bentley, Pikeville, for Alden Coleman.

PER CURIAM.

These cases are before us on motion for appeal under KRS 21.080, and involve judgments for less than $2,500. The cases were consolidated for trial, and were tried before a commissioner.

We conclude that the judgment of the trial court does substantial justice in each